IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr144

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ANDRE CORBETT (1) ) | |
| NILES BELK (2) ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss certain counts in the indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 42).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss Counts Four (4), Seven (7), Eight (8), Eleven (11), Twelve (12), Fifteen (15), Sixteen (16), Nineteen (19), Twenty-Two (22), Twenty-Three (23), Twenty-Six (26), and Twenty-Seven (27) in the indictment in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendants, counsel for the defendants, and the United States Attorney.

Signed: December 7, 2007

Robert J. Conrad, Jr.
Chief United States District Judge