IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CR-00144-RJC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDRE L. CORBETT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Marisa Rayna Taney, John Gleeson, Lauren Dolecki Kober and Marta Poplawski]" (documents # 164-167) filed February 1, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 1, 2022

David S. Cayer
United States Magistrate Judge