IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00144-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDRE L. CORBETT (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), (Doc. No. 173), following his request for relief from the warden of his institution.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion within fourteen (14) days of the entry of this Order.

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge